**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                         CASE NO. 3:96cr65/LAC

VIRGIL TALLEY

_____/

## ORDER OF RECUSAL

The undersigned hereby recuses himself from this case.

**ORDERED** this 2nd day of November, 2007.


                                    s/L.A. Collier
                                 LACEY A. COLLIER
                              United States District Judge